IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| TRACY BROUSSARD<br>    Plaintiff<br><br>v.<br><br>ALLSTATE VEHICLE AND<br>PROPERTY INSURANCE COMPANY<br>    Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 1:20-cv-00143<br>JUDGE MICHAEL TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is Plaintiff's Motion to Dismiss with Prejudice. [Dkt. 18]. The plaintiff is requesting the Court dismiss his cause of action against Defendant Allstate Vehicle and Property Insurance Company with prejudice. After considering plaintiff's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore ORDERED that this case is DISMISSED WITH PREJUDICE, and the parties shall bear their own taxable costs.

It is further ORDERED that all pending motions in this matter be DENIED as moot.

**SIGNED this 1st day of April, 2021.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge